IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN STOKES,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEPT. OF CORRECTIONS, STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | 1:06-CV-00325-OWW-DLB-P<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2006, the court issued an order for plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account, or in the alternative, to pay the $250.00 filing fee for this action. See 28 U.S.C. § 1915. On April 18, 2006, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another the opportunity to submit a new **completed** application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

    2. Within thirty days of the date of service of this order, plaintiff shall submit a

1

completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

     IT IS SO ORDERED.

     **Dated:**    **November 13, 2006**             **/s/ Dennis L. Beck**
3c0hj8                                                             UNITED STATES MAGISTRATE JUDGE